**Plaza Associates**
PO Box 18008
Hauppauge, NY 11788-8808

494937818M2081204

131 206 00035705 A
8/12/04
233858

| Control Number | Balance Due |
|---|---|
|  | $899.52 |
| Amount Enclosed | Settlement Amount |
|  | $719.61 |

Temp-Return Service Requested

Call Toll Free: 1-888-565-8538
(212) 613-5586

**08 C 988**

****************AUTO**3-DIGIT 604
JILL OSTROWSKI
            IL

Address _____
_____

Home # _____
Work # _____

**JUDGE MANNING
MAGISTRATE JUDGE DENLOW**

CREDIGY SERVICES CORP FRMLY FIRST SELECT FLEET BANK CREDIT CARDS

**Please return top portion with payment. See reverse side for return address.**

---

| | |
|---|---|
| RE ▸ | JILL OSTROWSKI |
| Date ▸ | AUGUST 12, 2004 |
| Creditor ▸ | CREDIGY SERVICES CORP FRMLY FIRST SELECT FLEET BANK CREDIT CARDS |
| Account Number ▸ |  |
| Balance Due ▸ | $899.52 |
| Control Number ▸ |  |

| Settlement Amount | $719.61 |
|---|---|

### A SETTLEMENT OFFER

Please be advised that we are a professional collection agency.

We have been authorized to offer you the opportunity to settle this account with a lump sum payment for 80% of the above balance due, which is equal to $719.61.

This offer will be valid for a period of thirty-five (35) days from the date of this letter.

If you have any questions regarding this offer, please contact this office at the number(s) provided above.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.

If you notify this office in writing within 30 days from receiving this notice, this office will: Obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.

If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.



EXHIBIT
A