August 31, 2004

Jill Ostrowski
██████████████
████████, IL ███

**08 C 988**

Plaza Associates
370 Seventh Ave
New York, NY 10001-3900

**JUDGE MANNING
MAGISTRATE JUDGE DENLOW**

RE: Control Number ███████████

To Whom It May Concern:

In reference to the statement received on 8/19/2004 from the above address and the phone messages received on 8/19 and 8/24/2004 (at my unlisted home phone number) concerning the above control number, I am sending this certified letter within 30 days.

Because the above control number refers to a fraudulent debt that is not valid and has already been disputed, investigated, and deleted from my otherwise perfect credit history, I demand ALL documentation that substantiates you claims.

Sincerely,

*[signature]*

Jill Ostrowski

**EXHIBIT B**

```
======= UNITED STATES
        POSTAL SERVICE
***** WELCOME TO *****
       CHICAGO RIDGE PO
   CHICAGO RIDGE, IL 60415-9998
       08/31/04 03:32PM

Store  USPS        Trans    111
Wkstn  sys5003     Cashier  KJC63H
Cashier's Name     SUSAN
Stock Unit Id      SIASUSAN
PO Phone Number    708-423-3346
USPS #             1615500415

  1. First Class                    4.42
     Destination:   10001
     Weight:        0.30 oz.
     Postage Type:  PVI
     Total Cost:    4.42
     Base Rate:     0.37
       SERVICES
     Certified Mail             2.30
       70033110000045185673
     Rtn Recpt (Green Card)     1.75
  2. 7.40 Grdn Bqt Bk                7.40

Subtotal                          11.82
Total                             11.82

Cash                             100.02
Change Due
  Cash                            88.20

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to
USPS.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

Number of Items Sold: 2

          Thank You
        Please come again!
```



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
NEW YORK, NY 10001

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0415 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KJC63H |
| Total Postage & Fees | $ 4.42 | 08/31/04 |

Sent To: Plaza Associates
Street, Apt. No.; or PO Box No.: 370 Seventh Ave.
City, State, ZIP+4: New York, NY 10001-3900

PS Form 3800, June 2002        See Reverse for Instructions

