<u>Mailing Service Return Address Only</u>

B1 130 00020031 A 443020

PO Box 18071
Hauppauge, NY 11788-8871
RETURN SERVICE REQUESTED

866-678-4150

JILL R OSTROWSKI

IL

# Stewart & Associates, P.C.
ATTORNEYS AT LAW

PO Box 2389 • Suwanee, GA 30024

02/20/2007

**08 C 988**

| | |
|---|---|
| Our Client/Current Creditor: | CREDIGY RECEIVABLES INC. |
| Original Creditor: | FLEET BANK |
| Original Account Number: | 8477 |
| Balance as of today: | $899.52 |

**JUDGE MANNING**
**MAGISTRATE JUDGE DENLOW**

I am writing on behalf of my client, CREDIGY RECEIVABLES INC., to offer you a great opportunity to resolve your account balance which has been outstanding for some time. Tax season is a great time of year for individuals who receive tax refunds to use those funds to pay off old accounts and continue the new year with peace of mind that you have taken positive steps toward getting back on the road to recovery.

**For a limited time during this tax season only**, we have received authorization from our client to offer reduced settlements and/or exceptional payment arrangements. We have never been in a better position to negotiate a settlement arrangement with you. Take advantage of this opportunity to:

- Resolve your delinquent balance
- Settle your account for a reduced amount
- Extinguish your account balance using an extended installment plan
- Eliminate further phone calls and letters.

In light of the authorization that we have received from our client to negotiate these accounts, we want to help you determine a way for you to put this lingering balance behind you.

We only have been given this authorization from our client to extend these special settlement arrangements during tax season. This authorization will expire soon. Please contact our office for more details on the specific arrangements that we are able to offer you to resolve your account.

**NOTICE:  PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

Sincerely,

STEWART & ASSOCIATES, P.C.

CHUCK DELOATCHE

Director of U.S. Collections


EXHIBIT C

**This is a communication from a debt collector.  This is an attempt to collect a debt.
Any information obtained will be used for that purpose.**