February 28, 2007

Jill Ostrowski

███████, IL █████

**08 C 988**

Credigy Receivables, Inc.
P.O. Box 18071
Hauppauge, NY 11788

**JUDGE MANNING**
**MAGISTRATE JUDGE DENLOW**

Stewart & Associates, P.C.
P.O. Box 2389
Suwanee, GA 30024

RE: ███████8477

Dear Mr. Chuck Deloatche & Associates:

Once again, I am forced to send a certified letter demanding validation and all documentation that substantiates your claim to this debt.

     This will serve as your legal notice under federal law, "The Fair Debt Collection Practices Act," to cease all communication (including all phone calls) with me in reference to the above account.

     If you fail to heed this notice, I will file a formal complaint against you with the Federal Trade Commission who is responsible for enforcement, the state Attorney General's Office, and the American Collector's Association who monitors for noncompliance.

Sincerely,

Jill Ostrowski


EXHIBIT

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

SUWANEE GA 30024

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

Postmark MAR -5 2007 Chicago Ridge IL 60415

03/05/2007

Sent To  *Stewart & Assoc.*
Street, Apt. No.; or PO Box No.  *PO Box 2389*
City, State, ZIP+4  *Suwanee GA 30024*

PS Form 3800, June 2002            See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

HAUPPAUGE NY 11788

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

Postmark MAR -5 2007 Chicago Ridge IL 60415

03/05/2007

Sent To  *Credigy Receivables*
Street, Apt. No.; or PO Box No.  *PO Box 18071*
City, State, ZIP+4  *Hauppauge NY 11788*

PS Form 3800, June 2002            See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Stewart & Assoc.*
*PO Box 2389*
*Suwanee, GA 30024*

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name)          C. Date of Delivery
*03/09/07*

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 2410 0004 3171 6215

PS Form 3811, August 2001          Domestic Return Receipt          2ACPRI-03-Z-0988

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Credigy Receivables*
*PO Box 18071*
*Hauppauge, NY 11788*

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 2410 0004 3171 6208

PS Form 3811, August 2001          Domestic Return Receipt          2ACPRI-03-Z-0988