## LAW OFFICES OF KEITH S. SHINDLER, LTD.
1040 SOUTH MILWAUKEE AVENUE
SUITE 110
WHEELING, ILLINOIS 60090-6373
(847) 537-1000 ♦ FAX (847) 537-0959

09/20/2007

**08 C 988**


JILL R OSTROWSKI
, IL 

**JUDGE MANNING**
**MAGISTRATE JUDGE DENLOW**

Re:   Our File #:
      Original Creditor:   FLEET BANK

Dear JILL R OSTROWSKI:

We have been retained by CREDIGY RECEIVABLES, INC to collect from you the balance due on your account. As of 09/20/2007 you owe $496.81. Because of interest, that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. Please call us if you wish to discuss this matter.

UNLESS YOU, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY OUR OFFICE;

IF YOU NOTIFY OUR OFFICE, IN WRITING, WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, OUR OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY OUR OFFICE; AND UPON YOUR WRITTEN REQUEST WITHIN THE THIRTY-DAY PERIOD, OUR OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Sincerely,

Brian D. Schulman


EXHIBIT
E