**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number: **08 C 988**

Jill R. Ostrowski v. Credigy Receivables, Inc., a Nevada corporation, and Stewart & Associates, P.C., Attorneys at Law, a Georgia professional corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Jill R. Ostrowski.

**JUDGE MANNING**
**MAGISTRATE JUDGE DENLOW**

| |
|---|
| NAME (Type or print)<br>David J. Philipps |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David J. Philipps |
| FIRM<br>Philipps & Philipps, Ltd. |
| STREET ADDRESS<br>9760 South Roberts Road, Suite One |
| CITY/STATE/ZIP<br>Palos Hills, Illinois 60465 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06196285 | TELEPHONE NUMBER<br>(708) 974-2900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

**FILED**
**FEBRUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT