## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

Jill R. Ostrowski,
Plaintiff,

Docket Number: _____

Assigned Judge: _____ 08 C 988

v.

Designated          JUDGE MANNING
Magistrate Judge: __ MAGISTRATE JUDGE DENLOW

Credigy Receivables, Inc., a Nevada
corporation, and Stewart & Associates, P.C.,
Attorneys at Law, a Georgia professional
corporation,
Defendants.

TO: Credigy Receivables, Inc.
C/O Registered Agents Legal Services,
As registered agents
202 N. Curry Street, Suite 100
Carson City, Nevada 89714

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

___                    _____
                        Date

*Esperanza Arnold*

**(By) DEPUTY CLERK**

**February 19, 2008**
----------------------------------------
**Date**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE:<br>2/25/08 @ 3:30pm |
| NAME OF SERVER (PRINT)　　　　Robert Deale | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: Jennifer Graehl, Agent for
Registered Agents Legal Services, 202 N. Curry St., #100,
Carson City, NV 89714

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

[ ] Returned unexecuted: _____

_____

_____

[ ] Other (specify):_____

_____

_____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/24/08__
　　　　　　　　Date

_____
Signature of Server

Express Process Service, Inc
1201 N. Post Road, Ste. 5
Indianapolis, IN 46219

_____
Address of Server

**AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08 C 988

Plaintiff:
**Jill R. Ostrowski**
vs.
Defendant:
**Credigy Receivables, Inc., and Stewart & Associates, P.C.**

Received by EXPRESS PROCESS SERVICE, INC. on the 20th day of February, 2008 at 9:38 am to be served on **Credigy Receivables, Inc. c/o Registered Agents Legal Services, 202 N. Curry Street, Suite 100, Carson City, NV 89714.** I, ROBERT DEALE , being duly sworn, depose and say that on the 25th day of FEBRUARY , 2008 at 330 P.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ .

⊠ CORPORATE SERVICE: By serving Jennifer Graehl as RESIDENT AGENT .

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____ .

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age 25 Sex M⃝F Race CAVC Height 5'6" Weight 120 Hair Brown Glasses Y⃝ N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 26th day
of February , 2008 by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # 1088A
Appointed in accordance
  with State Statutes – NV

**EXPRESS PROCESS SERVICE, INC.**
**1201 N. Post Road**
**Suite 5**
**Indianapolis, IN 46219-4225**
**(317) 890-1055**
Our Job Serial Number: 2008001355

GWENN DELORME
Notary Public · State of Nevada
Appointment Recorded in Washoe County
No: 89-0700 1-5 · Expires April 28, 2011

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f