# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

| | |
|---|---|
| Jill R. Ostrowski,<br>Plaintiff, | Docket Number: _____<br><br>Assigned Judge: **08 C 988** |
| v. | Designated    JUDGE MANNING<br>Magistrate Judge: **MAGISTRATE JUDGE DENLOW** |
| Credigy Receivables, Inc., a Nevada<br>corporation, and Stewart & Associates, P.C.,<br>Attorneys at Law, a Georgia professional<br>corporation,<br>Defendants. | |

TO: Stewart & Associates, P.C.
C/O Registered Agents, Ltd., as registered agents
1201 W. Peachtree Street, Suite 3500
Atlanta, Georgia

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **Michael W. Dobbins, Clerk** | Date |
| *Esperanza Arnold* (signature)<br>(By) DEPUTY CLERK | **February 19, 2008**<br>Date |

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 2/25/08 |
| NAME OF SERVER (PRINT) Nick Wallas | TITLE Process Serv |

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: 1201 W. Peachtree St, Ste 3500, Atlanta GA 30309 by handing to Thus Green, authorized agent for Registered Agent

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/27/08
　　　　　　　Date

Signature of Server

Express Process Service, Inc
1201 N. Post Road, Ste. 5
Indianapolis, IN 46219

Address of Server

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08 C 988

Plaintiff:
**Jill R. Ostrowski**
vs.
Defendant:
**Credigy Receivables, Inc., and Stewart & Associates, P.C.**

Received by EXPRESS PROCESS SERVICE, INC. on the 20th day of February, 2008 at 9:38 am to be served on **Stewart & Associates, P.C. c/o Registered Agents, Ltd., as Registered Agents, 1201 W. Peachtree Street, Suite 3500, Atlanta, GA 30309.** I, _Nick Wallas_, being duly sworn, depose and say that on the _25th_ day of _February_, 2008 at _2:02_ p.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving _Tina Green_ as _Authorized Agent for Registered Agent_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age _Look 40's-mid 50_  Sex M (F)  Race _W_  Height _5'6"_  Weight _135 lbs_  Hair _light brown_  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _27th_ day of _February_, _2008_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

[Notary Seal: ADRIENNE LEWIS, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, EXPIRES OCT. 25, 2010]

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
1201 N. Post Road
Suite 5
Indianapolis, IN 46219-4225
(317) 890-1055
Our Job Serial Number: 2008001354

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.2f