N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jill R. Ostrowski, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 988 |
| | ) | |
| Credigy Receivables, Inc., a Nevada corporation, and Stewart & Associates, P.C., Attorneys at Law, a Georgia professional corporation, | ) ) ) ) ) | Judge Manning |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Jill R. Ostrowski, having reached a settlement with the Defendants, hereby stipulates to the dismissal of this action with prejudice.

Dated: March 25, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____                ENTERED:


                                    _____
                                    Judge Blanche M. Manning,
                                    United States District Court

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2008 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following party via U.S. Mail.

Credigy Receivables, Inc., and
Stewart & Associates, P.C.
c/o Scott Loynd, Attorney
Stewart & Associates, P.C.
3950 John Creek Court
Suite 100
Suwanee, Georgia 30024


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2