Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 988 | **DATE** | 4/1/2008 |
| **CASE TITLE** | Ostrowski vs. Credigy Receivables, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing stricken. Pursuant to stipulation, this case is dismissed with prejudice. Enter Stipulation to Dismiss.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|

