## N THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Jill R. Ostrowski, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  08 C 988 |
| ) | |
| Credigy Receivables, Inc., a Nevada ) | Judge Manning |
| corporation, and Stewart & Associates, ) | |
| P.C., Attorneys at Law, a Georgia ) | |
| professional corporation, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Plaintiff, Jill R. Ostrowski, having reached a settlement with the Defendants, hereby stipulates to the dismissal of this action with prejudice.

Dated: March 25, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: 4/1/2008               ENTERED:

                              _____
                              Judge Blanche M. Manning,
                              United States District Court

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008 a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following party via U.S. Mail.

Credigy Receivables, Inc., and
Stewart & Associates, P.C.
c/o Scott Loynd, Attorney
Stewart & Associates, P.C.
3950 John Creek Court
Suite 100
Suwanee, Georgia 30024


/s/ David J. Philipps

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2